UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

# MEDIATION CERTIFICATION

| Case number: 1:22-cv-01244 | Case title: Nathaniel Shoate v. Madison County, Tennessee |
|---|---|
| Plaintiff counsel: | Heather Moore Collins, HMC Civil Rights Law, PLLC |
| Defendant counsel: | Matthew R. Courtner, Rainey, Kizer, Reviere & Bell, PLC |
| Presiding Judge: S. Thomas Anderson | Mediator: Melissa A. Maravich |

I, __Melissa A. Maravich__, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b) hereby certify that I conducted mediation proceedings in the above-styled case on August 18, 2023.

As a result of that mediation held on August 18, 2023:

☐ The case has settled in whole.

  ☐ Case settled prior to scheduling first mediation session.

  ☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

☒ The case has not settled.

  ☐ Mediation will continue on _____.

  ☐ The parties may schedule another session at a later date.

  ☒ Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| |
|---|
| Heather Moore Collins, HMC Civil Rights Law, PLLC, Attorney for Plaintiff |
| Matthew R. Courtner, Rainey, Kizer, Reviere & Bell, PLC, Attorney for Defendant |

| Date | Electronic signature of Mediator: |
|---|---|
| August 18, 2023 | s/ Melissa A. Maravich |